VINCENT PURPURA, PLAINTIFF-RESPONDENT, v. PUBLIC
SERVICE ELECTRIC AND GAS COMPANY, DEFENDANT-
PETITIONER.

See same case below: 53 *N. J. Super.* 475.

*Mr. Luke A. Kiernan, Jr.,* and *Mr. Frank A. Sickinger*
for the petitioner.

*Mr. John R. Kelly* for the respondent.

March 9, 1959.   Denied.

JUAN RIVERA APONTE, PLAINTIFF-PETITIONER, v. STATE
OF NEW JERSEY, DEFENDANT-RESPONDENT.

*Mr. Nathaniel Rogovoy* and *Mr. Paul Van Embden* for
the petitioner.

*Mr. Joseph H. Tuso* and *Mr. N. Douglas Russell* for the
respondent.

March 9, 1959.   Granted.